UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ERNEST CAWVEY,

    Plaintiff,                                       Case No. 5:19-cv-11781
                                                     Hon. Judith E. Levy

vs.

THE COUNTY OF MACOMB and
RHONDA M. POWELL, individually
and in her official capacity,

    Defendants.

| GASIOREK, MORGAN, GRECO, McCAULEY & KOTZIAN, P.C.<br>Ray Carey (P33266)<br>30500 Northwestern Highway, Ste. 425<br>Farmington Hills, MI 48334<br>248-865-0001<br>rcarey@gmgmklaw.com | John A. Schapka (P36731)<br>Macomb County Corporation Counsel<br>Peter C. Jensen (P25001)<br>Assistant Corporation Counsel<br>Attorneys for Defendants<br>1 S. Main Street, 8th Floor<br>Mt. Clemens, MI 48043<br>(586) 469-6346<br>john.schapka@macombgov.org<br>peter.jensen@macombgov.org |
|---|---|

**STIPULATED ORDER FOR DISMISSAL WITH PREJUDICE**
**AND WITHOUT ATTORNEY FEES OR COSTS**

      Plaintiff and Defendant, through their counsel, having stipulated to the dismissal of this case with prejudice and without costs or attorney fees to either party in accordance with FRCP 41 (a), and the Court being otherwise fully advised in all the premises,

      IT IS ORDERED that Plaintiff's Complaint and this cause of action is hereby dismissed, with prejudice and without costs or attorney fees to either party.

Date: January 7, 2020                      s/Judith E. Levy
                                              United States District Judge

So Stipulated and Agreed:

| **GASIOREK, MORGAN, GRECO, McCAULEY & KOTZIAN, P.C.** | **MACOMB COUNTY CORPORATION COUNSEL** |
|---|---|
| */s/Ray J. Carey* <br> Ray J. Carey (P33266) <br> Attorney for Plaintiff <br> 30500 Northwestern Hwy., Suite 425 <br> Farmington Hills, MI 48334 <br> (248) 865-0001 <br> rcarey@gmgmlaw.com | */s/ Peter C. Jensen (w/consent)* <br> John A. Schapka (P36731) <br> Macomb County Corporation Counsel <br> Peter C. Jensen (P25001) <br> Assistant Corporation Counsel <br> Attorneys for Defendants <br> 1 S. Main Street, 8th Floor <br> Mt. Clemens, MI 48043 <br> (586) 469-6346 <br> john.schapka@macombgov.org <br> peter.jensen@macombgov.org |